In the Matter of FIDEL ASSOCIATION OF NEW YORK, INCORPORATED, Respondent; FRIEDA S. MILLER, as Industrial Commissioner, Appellant.

Submitted October 10, 1941; decided November 19, 1941.

*John J. Bennett, Jr.*, Attorney-General (*Francis R. Curran, W. Gerard Ryan* and *Henry Epstein* of counsel), for appellant.

*Joseph R. Kelley* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ.  Dissenting: CONWAY, J.